**Order entered July 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01696-CR
No. 05-12-01697-CR
No. 05-12-01698-CR
No. 05-12-01701-CR

## CARL STOVALL, Appellant

### V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 204th Judicial District Court
### Dallas County, Texas
### Trial Court Cause Nos. F10-57483-Q, F11-19054-Q, F12-54176-Q F12-54177-Q

## ORDER

The Court **REINSTATES** the appeals.

On June 26, 2013, we ordered the trial court to make findings regarding why the reporter's record had not been filed. We have received the reporter's record. Accordingly, in the interest of expediting the appeals, we **VACATE** the June 26, 2013 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/      DAVID EVANS
         JUSTICE